ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/25

Sichuan Baianhui Technology Co., Ltd.

    Plaintiff,

v.

Loeffler Randall Inc.,

    Defendant.

Civil Action No. 1:25-cv-06372

Judge: Louis L Stanton

[PROPOSED] ORDER GRANTING AGREED STIPULATION TO EXTEND TIME TO ANSWER

LLS

    Before the Court is Plaintiff Sichuan Baianhui Technology Co., Ltd.'s ("Plaintiff" or "SBT") and Defendant Loeffler Randall Inc.'s ("Defendant" or "Loeffler Randall") Agreed Stipulation to Extend Time to Answer ("Stipulation"). Good cause appearing, it is hereby ordered that the deadline for Loeffler Randall to answer or otherwise respond to SBT's Complaint (ECF No. 1) be extended thirty (30) days to and including November 19, 2025.

Dated: October 16, 2025

                                                    Louis L. Stanton
                                                    Hon. Louis L. Stanton
                                                    United States District Judge