Case 1:25-cv-06372-LLS    Document 29-1    Filed 11/14/25    Page 2 of 5

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/25

| | |
|---|---|
| Sichuan Baianhui Technology Co., Ltd.<br><br>    Plaintiff,<br><br>v.<br><br>Loeffler Randall Inc.,<br><br>    Defendant. | **Civil Action No.** 1:25-cv-06372<br><br>**Judge:** Louis L Stanton |

### CONSENT JUDGMENT AND PERMANENT INJUNCTION

This Consent Judgment and Permanent Injunction (the "Consent Judgment") is made and entered into this 14th day of November, 2025, by and between Plaintiff Sichuan Baianhui Technology Co., Ltd. (the "Plaintiff") and Defendant Loeffler Randall Inc. (the "Defendant") (collectively, the "Parties"). The Parties have agreed to the entry of this Consent Judgment for the purpose of resolving all claims and counterclaims in the above-captioned action (the "Action"), without trial or adjudication of any issue of fact or law.

**WHEREAS**, Plaintiff filed the action Sichuan Baianhui Technology Co., Ltd. v. Loeffler Randall Inc., Civil Action No. 1:25-cv-06372 (S.D.N.Y.) (the "Action"), asserting claims for tortious interference and declaratory judgment of copyright invalidity and non-infringement under the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202, and the Copyright Act, 17 U.S.C. § 101 et seq.

**WHEREAS**, Defendant denies Plaintiff's allegations and denies it is liable for any claim asserted in the Action.

**WHEREAS**, Plaintiff filed an Order to Show Cause with Temporary Restraints ("OTSC") (Dkt. 4).

**WHEREAS**, On August 19, 2025, the Court entered a Stipulation and Order that had been agreed upon by Plaintiff and Defendant that Defendant, together with its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, would not submit or cause to be submitted any complaint to Amazon.com concerning Plaintiff's Subject Listings (Amazon Standard Identification Numbers ("ASINs") B0DPW9H3CK,

1

B0DPW9K17T, B0DPW94JS1, B0DPW9QK92, B0DPW8TD78, B0DPW8N1TX, B0DPW6DFL4, B0DPW9T18S, B0DPW9V83C, B0DPWC8PZZ, B0DPW9LRCQ, B0DPWCD6QN, B0DPW9PQ5B, B0DPWB6R6Z, B0DPW9P8P4, B0DPW736DH, B0DPW9975M, B0DPW9P8G8, B0DPW9DQBD, B0DPWC9646, B0DPW93MXG, B0DPW8WW9L, B0DPWCJMF4, B0DPW9VCY7, B0DPWBBXPN, B0DPW9D23B, B0DPW8JS39, B0DPW9VSTW, B0DPW9H5VL, B0DPW9HL5Q, B0DPW92F48, B0DPW8M36N, B0DPWB2Z2H, B0F32Y6WL7, B0F32TSLR4, B0F32Y3Q5J, B0F32VBNML, B0F32WF61W, B0F32VPMZZ, B0F32XMRTK, B0F32WD7FT, B0F32VDKGZ, B0F32YDF5R, B0F32VRRR9, B0F2HJVYX6, B0F2HJS8KV, B0F2HHL9JN, B0F2HL6S7B, B0F2HJ9ZLH, B0F2HLMKVD, B0F2HL8KDN, B0F2HKTM7W, B0F2HJQRBS, B0F2HGYL6Y, B0F2HK3TPQ, B0F2TC5YZT, B0F2TCC1NB, B0F2TCSVT2, B0F2T9L8F7, B0F2T9XM9R, B0F2T9WP51, B0F2TC3FXW, B0F2TBCSJQ, B0F2TBK868, B0F2TC34JF, B0F2TBWKVN (the "Subject Listings")) during the pendency of this Action, and vacating a Show Cause Hearing previously set for August 20, 2025. (Dkt. 20).

**WHEREAS**, the Parties wish to resolve all claims and counterclaims asserted in the above-captioned action.

**WHEREAS**, the Parties now stipulate and consent to the entry of this Consent Judgment and Permanent Injunction, and to each and every provision, order, and decree herein.

**NOW, THEREFORE,** upon consent of the Parties and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendant.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

3. Defendant, including its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, are permanently enjoined from submitting or causing to be submitted any complaint, notice, report, or other communication (including through brand protection portals or analogous mechanisms) to Amazon.com concerning Plaintiff's Subject Listings (specifically, the Amazon.com listings under ASINs B0DPW9H3CK, B0DPW9K17T, B0DPW94JS1, B0DPW9QK92, B0DPW8TD78, B0DPW8N1TX, B0DPW6DFL4, B0DPW9T18S, B0DPW9V83C, B0DPWC8PZZ, B0DPW9LRCQ, B0DPWCD6QN, B0DPW9PQ5B, B0DPWB6R6Z, B0DPW9P8P4,

Case 1:25-cv-06372-LLS    Document 29-1    Filed 11/14/25    Page 4 of 5

B0DPW736DH, B0DPW9975M, B0DPW9P8G8, B0DPW9DQBD, B0DPWC9646, B0DPW93MXG, B0DPW8WW9L, B0DPWCJMF4, B0DPW9VCY7, B0DPWBBXPN, B0DPW9D23B, B0DPW8JS39, B0DPW9VSTW, B0DPW9H5VL, B0DPW9HL5Q, B0DPW92F48, B0DPW8M36N, B0DPWB2Z2H, B0F32Y6WL7, B0F32TSLR4, B0F32Y3Q5J, B0F32VBNML, B0F32WF61W, B0F32VPMZZ, B0F32XMRTK, B0F32WD7FT, B0F32VDKGZ, B0F32YDF5R, B0F32VRRR9, B0F2HJVYX6, B0F2HJS8KV, B0F2HHL9JN, B0F2HL6S7B, B0F2HJ9ZLH, B0F2HLMKVD, B0F2HL8KDN, B0F2HKTM7W, B0F2HJQRBS, B0F2HGYL6Y, B0F2HK3TPQ, B0F2TC5YZT, B0F2TCC1NB, B0F2TCSVT2, B0F2T9L8F7, B0F2T9XM9R, B0F2T9WP51, B0F2TC3FXW, B0F2TBCSJQ, B0F2TBK868, B0F2TC34JF, B0F2TBWKVN, B0F388H2B1, B0F388VH11, B0F3896RRN, B0F389YZ7G, B0F38B4G5Y, B0F389GD5C, B0F389KRNT, B0F3893SJK, B0F3893V9K, B0F3889QPY, B0F3895QZR, B0F7LK7XD8, B0F7LKZWY2, B0F7LMN48N, B0F7LLYVZF, B0F7LJXK8W, B0F7LMM897, B0F7LMF82Y, B0F7LLBKHY, B0F7LLYZS9, B0F7LK45GV, B0F7LLJM44, B0F7LK69TV, B0F7LL7DJL, B0F7LL761M, B0F7LNCRL4, B0F7LMBY3X, B0F7LP411L, B0F7LL8FCX, B0F7LL8NPV, B0F7LM8SP1, B0F7LM5BBT, B0F7LNWFSN, B0F7LM686W, B0F7LHYZ6J, B0F7LLMPYY, B0F7LNBV8V, B0F7LKRP44, B0F7LNXY9N, B0F7LL52Z9, B0F7LKM99B, B0F7LKQYVZ, B0F7LPBGMT, B0F7LM5Y31, B0F7LNJFRR, B0F7LL1SK9, B0F7LKKL2R, B0F7LMLTQL, B0F7LM68HN, B0F7LLSNWG, B0F7LM85KJ, B0F7LLC3KG, B0F7LN28C2, B0F7LM2G3R, B0F7LLB7YW, B0F7LNCRKF, B0F7LPD7RV, B0F7LLJM8L, B0F7LKWD1J, B0F7LJQJ8S, B0F7LM9LJN, B0F7LLDSJB, B0F7LL8NQ1, B0F7LL8XLV, B0F7LK45DM, B0F7LK753D, B0F7LM5HD7, B0F7LK6XYM, B0F7LJN8DH, B0F7LMVS5F, B0F7LLR5WM, B0F7LLYZTB, B0F7LLSNWD, B0F7LHT3Y3, B0F7LMT62M, B0F7LMN48Q, B0FM42RPS3, B0F7LN3CGX, B0F7LKNC1T, B0F7LJZ5M8, B0F7LKXN43, B0F7LM1K3V, B0F7LMDPMH, B0F7LK2RWJ, B0F7LLDD4S, B0F7LK38TP, B0F7LMK6LR, B0F7LM4WTG).

4.    This case is dismissed with prejudice, with the Court to retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction. Each party shall bear its own attorney's fees and costs.

5.    The permanent injunction shall remain in full force and effect unless and until modified by order of this Court.

CONSENTED TO:

Dated: _November 14, 2025_

/s/ _Yu Di_____

Yu Di (*pro hac vice*)
Hao Tan (to be admitted *pro hac vice*)
Christopher Fahy (to be admitted *pro hac vice*)
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
yudi@archlakelaw.com
HaoTan@archlakelaw.com
christopher@archlakelaw.com

Heng Wang, Esq.
Heng Wang & Associates, P.C.
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 203-5231
Fax: (212) 203-5237

*Attorneys for Plaintiff*

/s/ _Alison Stein_____

Alison I. Stein
Cayman C. Mitchell
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
Fax: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

*Attorneys for Defendant*

SO ORDERED

_Louis L. Stanton_
Hon. Louis L Stanton
United States District Judge

Dated this **17**th day of **Nov**, 2025

4